UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VIKRAM SOOD,<br><br>            Petitioner,<br><br>      v.<br><br>DEBBIE ASUNCION,<br><br>            Respondent. | Case No. CV 16-2005 AB (AJW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE |

The Court has reviewed the entire record in this action, the Report and Recommendation of Magistrate Judge ("Report"), the Supplemental Report and Recommendation of Magistrate Judge ("Supplemental Report and Recommendation") and petitioner's objections. The Court accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a <u>de novo</u> determination of the portions to which objections were directed.

DATED: September 6, 2016

_____
André Birotte Jr.
United States District Judge