UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **VIKRAM SOOD,** | ) |
| Petitioner, | ) No. CV 16-2005-AB(AJW) |
| vs. | ) |
| **DEBBIE ASUNCION,** | ) JUDGMENT |
| Respondent. | ) |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed as untimely.

Dated: September 6, 2016

_____
André Birotte Jr.
United States District Judge